IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| DAVE SHELDON and<br>DARREN K. KEARNS<br><br>Plaintiffs,<br><br>v.<br><br>TARA KHANAL, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.   07-2112 KVH<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b) (2) and (6), Defendants New York Community Bank, Forchelli, Curto, Schwartz, Mineo, Carlino & Cohn, LLP and James Cantanno (collectively "Defendants"), by and through their undersigned counsel, move this Court for an order dismissing Defendants in the above captioned action for lack of personal jurisdiction, failure to state a claim upon which relief may be granted and pursuant to the *Colorado River* Doctrine. In support of this Motion to Dismiss, the Defendants submit and incorporate by reference their Memorandum in Support of Motion to Dismiss.

Respectfully submitted,

/s/ Jere D. Sellers
Jere D. Sellers              KS #16405
Michele M. O'Malley     KS #20760
**STINSON MORRISON HECKER LLP**
1201 Walnut, Ste. 2900
Kansas City, MO 64108-4606
Telephone:   816.842.8600 Fax: 816.691.3495
E-Mail: jsellers@stinson.com
E-Mail: momalley@stinson.com
**ATTORNEYS FOR DEFENDANTS NEW YORK COMMUNITY BANK, FORCHELLI, CURTO, SCHWARTZ, MINEO, CARLINO & COHN, LLP AND JAMES CANTANNO**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas on the 24th day of April, 2007, with a notice of case activity generated and sent electronically and/or copies mailed by first-class, United States mail, to:

| | |
|---|---|
| Darren K. Kearns<br>6703 W. 128th Terr., Suite 204<br>Overland Park, Kansas, 66209<br>kearnsd@sbcglobal.net<br><br>Attorney for Plaintiffs | Matthew T. Geiger<br>W. Brian Gaddy<br>Gaddy Geiger & Brown PC<br>2345 Grand Blvd. – Suite 675<br>Kansas City, MO 64108<br>mgeiger@ggbtrial.com<br><br>Attorney for Defendants Tara Khanal, David J. Melo, Network Mortgage, Inc., Shams Uddin, Winzone Realty, Inc., Sweeney, Gallo, Reich & Bolz, LLP and Rosemarie A. Klie |
| Clinton Paul Woerth<br>Kozeny & McCubbin L.C.<br>4220 Shawnee Mission Pkwy.-Suite 200B<br>Fairwya, KS 66205<br>cwoerth@km-law.com<br><br>Attorney for Defendant Option One Mortgage Corporation | Abu B. Athar<br>20-37 46th Street, Apt. 2nd Floor<br>Astoria, NY 11105 |
| Winzone Realty, Inc.<br>45-72 Kissena Blvd.<br>Flushing, NY 11355 | Julie S.C. Wong<br>45-72 Kissena Blvd.<br>Flushing, NY 11355 |

/s/ Jere D. Sellers
Attorneys for Defendants

DB03/810027 0002/7518395.1