DJW/sr

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DAVE SHELDON, et al.,**

           **Plaintiffs,**         **CIVIL ACTION**

    **v.**                              **No.  07-2112-KHV-DJW**

**TARA KHANAL, et al.,**

           **Defendants.**

## ORDER

The Court hereby grants Darren K. Kearns' Motion to Withdraw as Counsel for Plaintiff Dave Sheldon (doc. 142).  Darren K. Kearns is hereby withdrawn as counsel for Plaintiff Dave Sheldon.  Plaintiff Dave Sheldon will proceed in this case *pro se*.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 12th day of May 2008.

                                      s/ David J. Waxse
                                      David J. Waxse
                                      U.S. Magistrate Judge

cc:    All counsel and *pro se* parties